## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| DAVE HALL<br>    Plaintiff,<br>v.<br>VILLAGE OF VERNON HILLS, et.al.,<br>    Defendants. | 1:10-cv-02554<br><br>Hon. Elaine E. Bucklo |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DAVE HALL, Plaintiff

| | |
|---|---|
| NAME (Type or print) <br>   GEORGE B. COLLINS | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>  s/George B. Collins | |
| FIRM <br>   COLLINS, BARGIONE & VUCKOVICH | |
| STREET ADDRESS <br>   ONE NORTH LaSALLE STREET, SUITE 300 | |
| CITY/STATE/ZIP <br>   CHICAGO, ILLINOIS   60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br>   0487961 | TELEPHONE NUMBER <br>   (312) 372-7813 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]   NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]   NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]   NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]   NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ] | |