# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| DAVE HALL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 10 C 2554 |
| | ) | |
| vs. | ) | Judge Bucklo |
| | ) | |
| VILLAGE OF VERNON HILLS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO SUBSTITUTE COUNSEL

Plaintiff, Dave Hall, through counsel, Collins & Bargione, respectfully requests leave to substitute Lawrence V. Jackowiak, Louis J. Meyer, Daniel P. Kiss, and Adele D. Nicholas of Jackowiak Law Offices as counsel of record and to withdraw the appearance of George B. Collins of Collins & Bargione. In support thereof, the undersigned states as follows:

1. George B. Collins of Collins & Bargione represented and currently has his appearance on file for the Plaintiff.
2. Plaintiff retained the undersigned counsel at Jackowiak Law Offices.
3. The undersigned counsel, Lawrence V. Jackowiak, Louis J. Meyer, Daniel P. Kiss, and Adele D. Nicholas of Jackowiak Law Offices seek leave to file their appearance and substitute in as counsel of record on behalf of Plaintiff.
4. George B. Collins of Collins & Bargione seeks leave to withdraw his appearance.

WHEREFORE, Plaintiff respectfully requests that Lawrence V. Jackowiak, Louis J. Meyer, Daniel P. Kiss, and Adele D. Nicholas of Jackowiak Law Offices be given leave to substitute in as counsel of record and that George B. Collins be allowed to withdraw his appearance.

Respectfully submitted,


/s/ Lawrence V. Jackowiak
*Counsel for the Plaintiff*

/s/ George B. Collins
*Counsel for the Plaintiff*


Lawrence V. Jackowiak
Louis J. Meyer
Daniel P. Kiss
Adele D. Nicholas
Jackowiak Law Offices
20 North Clark Street, Suite 1700
Chicago, Illinois 60602
(312) 795-9595


George B. Collins
Collins & Bargione
One North LaSalle Street, Suite 300
Chicago, Illinois 60602
(312) 372-7813

2