UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVE HALL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 10 C 2554 |
| | ) | |
| vs. | ) | Judge Bucklo |
| | ) | |
| VILLAGE OF VERNON HILLS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

**TO:**  Kevin Casey, Daniel Gallagher,  Keith L. Hunt
Brandon Lemley, Paul OGrady  Keith L. Hunt & Associates, P.C.
Querry & Harrow, Ltd.  Three First National Plaza, Suite 2100
175 West Jackson Blvd., Suite 1600  Chicago, Illinois 60602
Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that at 9:30 a.m., on Tuesday, September 28, 2010, or as soon thereafter as counsel may be heard, I shall appear before Honorable Bucklo, or any judge sitting in her stead, in courtroom 1441 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, and present the accompanying **Plaintiff's Motion to Substitute Counsel**.

### CERTIFICATE OF SERVICE

I, Lawrence V. Jackowiak, certify that on Wednesday, September 22, 2010, this notice and the above-described motion were filed through the District Court's CM/ECF automated docketing system thereby causing service upon all counsel of record.

/s/ Lawrence V. Jackowiak
*Counsel for the Plaintiff*

Lawrence V. Jackowiak
Louis J. Meyer
Daniel P. Kiss
Adele D. Nicholas
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois  60602
(312) 795-9595